IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GREGORY ALAN SCOTT<br>d/b/a THE SCOTT LAW FIRM,<br>　　　Plaintiff, | §<br>§<br>§<br>§ | |
| v. | § | Civil Action No. 3:20-CV-2825-M-BH |
| | § | |
| SCOTT D. WOLLNEY,<br>JOSEPH R. SHGRUE,<br>PAUL A ROMANO, and<br>ATLAS FINANCIAL HOLDINGS, INC.,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§ | <br><br><br><br>Referred to U.S. Magistrate Judge |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendants Scott D. Wollney, Joseph R. Shugrue and Paul A. Romano's Motion to Dismiss Plaintiff's "Third Amended Petition,"* filed January 5, 2021 (doc. 43), is **GRANTED IN PART.** Because the Findings, Conclusions, and Recommendation of the United States Magistrate Judge granted the plaintiff's motion for leave to file his fourth amended complaint, and it construed the motion to dismiss as also being directed at the fourth amended complaint, all of the plaintiff's claims against Scott D. Wollney, Joseph R. Shugrue and Paul A. Romano will be **DISMISSED without prejudice** for lack of personal jurisdiction by separate judgment. The defendants' alternative motion to dismiss for failure to state a claim is **DENIED as moot**.

**SIGNED** this 6th day of July, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE