**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **GREGORY ALAN SCOTT** | § | |
| **d/b/a THE SCOTT LAW FIRM,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:20-CV-2825-M-BH** |
| | § | |
| **SCOTT D. WOLLNEY,** | § | |
| **JOSEPH R. SHUGRUE,** | § | |
| **PAUL A ROMANO, and** | § | |
| **ATLAS FINANCIAL HOLDINGS, INC.,** | § | |
| **Defendants.** | § | **Referred to U.S. Magistrate Judge** |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. *Plaintiff's Motion for Partial Summary Judgment Against Defendant "Atlas Financial,"* filed October 19, 2020 (doc. 15), is **DENIED**, and *Atlas Financial Holdings, Inc.'s Motion for Summary Judgment*, filed March 26, 2021 (doc. 57), is **GRANTED** as to plaintiff's breach of contract and suit on sworn account claims, and **DENIED** as to its claim for declaratory judgment. The plaintiff's breach of contract and suit on sworn account claims against Atlas Financial Holdings, Inc., are **DISMISSED with prejudice**.

**SIGNED** this 14th day of September, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE