IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GREGORY ALAN SCOTT § <br> d/b/a THE SCOTT LAW FIRM, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SCOTT D. WOLLNEY, § <br> JOSEPH R. SHUGRUE, § <br> PAUL A ROMANO, and § <br> ATLAS FINANCIAL HOLDINGS, INC., § <br> Defendants. § | Civil Action No. 3:20-CV-2825-M-BH <br><br><br> Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendants' Motion for Sanctions*, filed June 8, 2021 (doc. 69), and *Plaintiff's 1st Amended Motion for Sanctions*, filed June 17, 2021 (doc. 77), are both **DENIED**.

**SIGNED** this 18th day of October, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE