IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GREGORY ALAN SCOTT d/b/a THE SCOTT LAW FIRM, Plaintiff, | § § § § | |
| v. | § § | Civil Action No. 3:20-CV-2825-M-BH |
| ATLAS FINANCIAL HOLDINGS, INC., Defendant. | § § § | Referred to U.S. Magistrate Judge |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant Atlas Financial Holdings, Inc.'s Motion to Dismiss Tort Claims Asserted Against It in Plaintiff's Fourth Amended Complaint*, filed June 23, 2021 (doc. 81), is **GRANTED**, and *Plaintiff's Rule 54(d)(2)(A) Motion for Attorney Fees*, filed July 1, 2021 (doc. 93), is **DENIED**. By separate judgment, all of the plaintiff's remaining claims against defendant Atlas Financial Holdings, Inc. will be **DISMISSED with prejudice**.

**SIGNED** this 18th day of October, 2021.

BARBARA M. G. LYNN
CHIEF JUDGE